■ In the Matter of SUE ALLEN et al., Appellants. In the Matter of the Judicial Dissolution of SEVEN STAR STEREO, INC., —Motion to dismiss appeal denied and extension of time granted to cure defect in service. Memorandum: We grant petitioners an extension of time for service of the notice of appeal and deem service on January 13, 1992 timely *(see,* CPLR 5520 [a]). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.